IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0594

IN THE MATTER OF:

A.G. and A.G.,

    Youths in Need of Care.

## ORDER

    Having considered counsel's motion and for good cause appearing,

    IT IS HEREBY ORDERED that the motion to supplement the record is GRANTED. Judicially noticed dependency and neglect case files involving Mother shall be placed in the appellate record.

    IT IS FURTHER ORDERED that the briefing schedule is stayed pending the filing of the supplemental records, and that Mother shall have 30 days from the date of their filing within which to prepare, file, and serve her opening brief.

    No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 23 2023